UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN FAY and JANICE FAY,

    Plaintiffs,

v                                             Case No.:  2:19-cv-10902
                                               Hon. George Caram Steeh

WARREN HOSPITALITY SUITES,
a Michigan Corporation,

    Defendant.

---

| | |
|---|---|
| GORDON JOHNSON  P30454<br>Brain Injury Law Group, SC<br>d/b/a Johnson Law Office<br>Attorneys for Plaintiffs<br>212 Whitetail Run Lane<br>Sheboygan, WI  53081<br>g@gordonjohnson.com<br>jayne@tbilaw.com | JOSEPH M. GORMAN<br>Bar ID: CO 40022<br>Attorneys for Plaintiffs<br>Shakeshaft & Gorman Law Firm, LLP<br>1935 Jamboree Drive, Suite 202<br>Colorado Springs, CO 80920<br>(719) 635-5886/fax (719) 635-0966<br>office@shakeshaftandgormanlaw.com |
| MICHAEL D. WEAVER  P43985<br>JUSTIN J. HAKALA (P72996)<br>Plunkett Cooney<br>Attorneys for Def, Warren<br>Hospitality Suites, Inc.<br>38505 Woodward Ave., Suite 100<br>Bloomfield Hills, MI  48304<br>(248) 901-4025<br>mweaver@plunkettcooney.com<br>jhakala@plunkettcooney.com | |

---

**DEFENDANT WARRANT HOSPITALITY SUITES, INC.'S
EXPERT WITNESS DISCLOSURES**

NOW COMES Defendant Warren Hospitality Suites, Inc., by and through its attorneys, Plunkett Cooney, and hereby submits its Expert Witness Disclosures, as follows:

### Disclosure of Retained Experts
### Fed. R. Civ. P. 26(a)(2)(B)

Defendant has retained and may call the following witnesses to present evidence under Federal Rule of Evidence 702, 703 or 705 at time of trial:

1. Jonathan Silver Rutchik, MD, 35 Miller Avenue, #331, Mill Valley, CA 94941(Neurology and Electromyography, Neurotoxicology, Occupational and, Environmental Medicine);

2. Jose Marcos Lafosse, PhD, Lafosse Neuropsychology, LLC, 4251 Kipling Street, Suite 565, Wheat Ridge, CO 80033 (Neuropsychology)

3. John Alfonsi, 4111 Andover Road West Third Floor, Bloomfield Hills, MI 48302 (Economics);

4. Gaurang Shah, MD, FACR, FASFNR. Professor of Radiology University of Michigan Health System, B2A209 1500 E Medical Center Drive, Ann Arbor, MI 48109 (Neuroradiology)

Defendant will serve available expert reports contemporaneously and outstanding reports as soon they are completed and received.

## Disclosure for Non-Retained Experts
## Fed. R. Civ. P. 26(a)(2)(C)

Defendant may call the following witnesses, who have not been retained or specially employed, to provide expert testimony in this case and present evidence under Federal Rule of Evidence 702, 703 or 705 at time of trial:

**1.     Michael Saxerud, OD;**

   *a.     The subject matter on which the witness is expected to present evidence:*

Dr. Saxerud is expected to testify about the nature and degree of Plaintiffs injuries, disabilities, his medical history, medical progression, and medical prognosis, specifically with regard to hyperbaric medicine and the treatment he provided to them.

   *b.     A summary of the facts and opinions to which the witness is expected to testify:*

Dr. Saxerud is expected to testify to the facts and opinions contained within his medical records regarding Plaintiffs and Defendant incorporates those Records by reference.

**2.     James Tyburski, MD;**

   *a. The subject matter on which the witness is expected to present evidence:*

Dr. Saxerud is expected to testify about the nature and degree of Plaintiffs injuries, disabilities, his medical history, medical progression, and medical

prognosis, specifically with regard to hyperbaric medicine and the treatment he provided to them.

    b.    *A summary of the facts and opinions to which the witness is expected to testify:*

Dr. Saxerud is expected to testify to the facts and opinions contained within his medical records regarding Plaintiffs and Defendant incorporates those Records by reference.

## 3. Treating Physicians

Defendant also intends to call Plaintiffs' treating physicians at time of trial as factual witnesses, but does not expect them to provide expert opinion testimony in this case aside from the facts, opinions, conclusions, diagnoses and prognoses that were arrived at in the normal course of Plaintiffs' treatment.

                                                Respectfully submitted,

                                                PLUNKETT ♥ COONEY

Dated: January 14, 2022      By:   */s/Justin J. Hakala*
                                                    Justin J. Hakala (P72996)
                                                    Attorney for Defendant
                                                    38505 Woodward Avenue, Suite 100
                                                    Bloomfield Hills, Michigan 48304
                                                    Phone: (248) 594-4281
                                                     jhakala@plunkettcooney.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2022 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys or parties of record, and I hereby certify that I have sent copies to all non-ECF parties, if any, by first class U.S. Mail.

                                                              Respectfully submitted,

                                                               PLUNKETT ♥ COONEY

Dated: January 14, 2022       By:   */s/Justin J. Hakala*
                                                   Justin J. Hakala (P72996)
                                                   Attorney for Defendant
                                                 38505 Woodward Avenue, Suite 100
                                                 Bloomfield Hills, Michigan 48304
                                                 Phone: (248) 594-4281
                                                 jhakala@plunkettcooney.com

Open.28247.02601.27888561-1