UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN FAY and JANICE FAY,   Case No. 2:19-cv-10902

    Plaintiff,   Hon. F. Kay Behm
v.   United States District Judge

WARREN HOSPITALITY
SUITES, INC., a Michigan
Corporation, et al,

    Defendants.
_____ /

### ORDER DENYING ADDITIONAL TIME TO FILE SUPPLEMENTAL BRIEFING AS MOOT (ECF No. 141)

This matter is before the court on the Plaintiff Johnny Fay's Motion for additional time to file a supplemental brief on the admissibility of Plaintiffs' expert opinion (most specifically, the "Damm Report").  (ECF No. 141).

Fay seeks a 10-day extension because, according to him, "[g]ood cause exists for an extension because Defendant's Supplemental Brief was filed at the last minute, is lengthy, and includes six exhibits, necessitating additional time for Plaintiff to review and address the supplemental arguments, authorities and materials."  But the court notes that the parties were advised that the supplemental briefs were

1

due simultaneously, i.e., by the terms of the court's prior order, Fay had no particular right to wait-and-see what Defendant's supplemental brief said before preparing his own brief. See ECF No. 93 (Defendant's prior motion in limine to exclude Plaintiffs' expert opinions, giving fair notice of the arguments to be addressed). In any event, both Plaintiffs' supplemental briefs were subsequently filed on November 11, 2025. (ECF No. 142, 143). The court considers the matter moot given that Johnny Fay has now filed his supplemental brief, and the motion is **DENIED** as moot.

Nonetheless, the court agrees that the need for expediency in briefing this particular issue has been obviated by the pending rescheduling of the trial date in this matter (ECF No. 136). If the parties wish to stipulate to each party submitting a "response" brief to the opposing party's supplemental briefing, the court will consider such a stipulation and proposed order if it is submitted on or by November 21, 2025. (No such order or further briefing is required; the court simply offers the option and leaves it to the parties to decide). The deadline for such briefs, if any, should be on or before December 5, 2025.

**SO ORDERED**.


Date: November 13, 2025        s/F. Kay Behm
                               F. Kay Behm
                               United States District Judge