**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOHN FAY and JANICE FAY,

              Plaintiffs,

v.

WARREN HOSPITALITY
SUITES, INC.,

              Defendant.

Case No.: 2:19-cv-10902
Hon. F. Kay Behm
Magistrate Judge Elizbeth A. Stafford

---

## ORDER PERMITTING JOHN FAY TO APPEAR VIRTUALLY AT THE FINAL PRETRIAL CONFERENCE

Before the court is John Fay's motion to be permitted to appear virtually at the final pretrial conference. ECF No. 152. Defendant concurs in the relief sought on the condition that their clients are accorded the same option, and Janice Fay appears to concur in that result. *See id.* The court finds that the motion sets out good cause for John Fay to be permitted to appear remotely for that conference. The court does not, however, see any good cause to excuse Defendant's representatives or Janice Fay from appearing in-person at the final pretrial conference.

It is therefore **ORDERED** that Plaintiff John Fay may appear virtually for the Final Pretrial Conference scheduled for June 8, 2026 at 1:00 p.m. All other party representatives shall appear in person.

SO ORDERED.

Date: May 4, 2026                    s/F. Kay Behm
                                     F. Kay Behm
                                     United States District Judge