**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JANICE FAY,

      Plaintiff,

vs.

      Case No. 4:19-cv-10902-FKB-EAS
      Hon. F. Kay Behm
      Magistrate Judge Elizabeth A. Stafford

AKRAM NAMOU, dba  NAMOU HOTEL
GROUP; XYZ  CORPORATION,
WARREN HOSPITALITY SUITES, INC.,
ABC HVAC COMPANY,  WYNDHAM
WORLDWIDE  CORPORATION,
HAWTHORNE SUITES FRANCHISING,
INC., and U.S. FRANCHISE  SYSTEMS,
INC.,

      Defendants.

---

## ORDER PERMITTING JANICE FAY TO APPEAR VIRTUALLY AT THE FINAL PRETRIAL CONFERENCE

Before the court is Janice Fay's motion to be permitted to appear virtually at the final pretrial conference. The court finds that the motion sets out good cause for Janice Fay to be permitted to appear remotely for that conference.  The court does not, however, see any good cause to excuse Defendant's representatives from appearing in-person at the final pretrial conference.

It is therefore ORDERED that Plaintiff Janice Fay may appear virtually for the Final Pretrial Conference scheduled for June 8, 2026, at 1:00 p.m.

- 2 -

SO ORDERED.

Date: May 7, 2026                    s/F. Kay Behm
                                     F. Kay Behm
                                     United States District Judge