UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANICE FAY,                                      Case No. 2:19-cv-10902

      Plaintiff,                             Hon. F. Kay Behm
v.                                               United States District Judge

WARREN HOSPITALITY
SUITES, INC., a Michigan
Corporation, et al,

      Defendants.
_____ /

## MEMORANDUM ORDER DENYING MOTION TO PRECLUDE VIDEO DEPOSITION OF JOHN FAY (ECF No. 194)

This matter is before the court on the Plaintiff Janice Fay's

Motion to preclude the video *de bene esse* deposition of John Fay (ECF

No. 194).[1]  The motion is **DENIED**.

"Preservation depositions, also known as *de bene esse* depositions,

are provisional examinations of a witness whose testimony is important

and might otherwise be lost, for use at trial in case the witness is

unable to attend in person at the time or cannot be produced.  As a

---

[1] The motion also seeks to preclude a video *de bene esse* deposition of Dr. Jose La Fosse.  However, Defendant's response indicates they are only taking a video *de bene esse* deposition of John Fay, and so the court understands the portion of the motion addressing Dr. La Fosse to be mooted by that representation.  If that is incorrect, the parties should promptly clarify matters.

1

result, courts generally recognize the distinct purposes of preservation depositions as compared to depositions taken during the normal course of discovery when considering admissibility." *In re Nat'l Prescription Opiate Litig.*, No. 21-3041, 2021 LX 85209, at \*4-5 (6th Cir. Jan. 12, 2021) (quoting citation omitted, cleaned up).  And thus courts in this circuit generally recognize the need to treat *de bene esse* depositions differently from discovery depositions, and allow a party to conduct a second deposition of a witness for trial purposes after the close of discovery.  *See Pianko v. Gen. R.V. Ctr., Inc.*, No. 20-13371, 2022 U.S. Dist. LEXIS 121794, at \*6-7 (E.D. Mich. July 11, 2022).  Defendant indicates John Fay may be unavailable to testify live at trial, *see* Fed. R. Civ. P. 32(a)(4)(B), and is thus permitted to take John Fay's video *de bene esse* deposition.

 **SO ORDERED**.

Date: June 23, 2026     <u>s/F. Kay Behm</u>
          F. Kay Behm
          United States District Judge