**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JANICE FAY (nka JANICE HAYES),

      Plaintiff,

                                    Case No. 4:19-cv-10902-FKB-EAS
                                    Hon. F. Kay Behm

v.                              Magistrate Judge Elizabeth A. Stafford

WARREN HOSPITALITY SUITES,
INC., d/b/a HAWTHORN SUITES
BY WYNDHAM — WARREN,

      Defendant.

---

| | |
|---|---|
| MCKEEN & ASSOCIATES PC | SECREST WARDLE |
| BRIAN J. McKEEN (P34123) | JOHN L. WESTON (P55042) |
| TODD C. SCHROEDER (P81607) | Attorney for Defendant Warren |
| Attorneys for Plaintiff Janice Fay | Hospitality Suites, Inc. |
| 2000 Town Center, Suite 1200 | 2600 Troy Center Drive PO |
| Southfield, MI 48075 | Box 5025 |
| (313) 961-5985 | Troy, MI 48004-5025 |
| bjmckeen@mckeenassociates.com | (248) 851-9500 |
| tschroeder@mckeenassociates.com | jweston@secrestwardle.com |
| | cdalian@secrestwardle.com |
| | |
| | POTTER, DEAGOSTINO & CLARK |
| | STEVEN M. POTTER (P33344) |
| | ROBERT C. CLARK (P76359) |
| | TREVOR S. POTTER (P84253) |
| | LAYLA R. SIZEMORE(P85502) |
| | Attorneys for Defendant Warren |
| | Hospitality Suites, Inc. |
| | 2701 Cambridge Court, Suite 223 |
| | Auburn Hills, MI 48326 |
| | (248) 377-1707 |
| | spotter@potterlaw.com |
| | rclark@potterlaw.com |

---

## <u>ORDER GRANTING PLAINTIFF'S  EX PARTE MOTION TO ALLOW EDWARD BOIKE, TECH CONSULTANT TO BRING HIS REQUIRED TECHNOLOGY INTO COURTROOM FOR TRIAL</u>

This matter having come before the Court upon Plaintiff's Ex Parte Motion To Allow Edward Boike Tech Consultant to Bring Required Materials Into Courtroom for Trial and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's Motion is GRANTED and her Tech Consultant, Edward Boike, may bring the following items and materials into the courtroom for trial:

   a.   2 laptop computers;

   b.   Portable screen;

   c.   Bose speakers & Sony headphone;

   d.   Cell phone;

   e.   2 mice;

   f.   2 laser pointers (PowerPoint controller);

   g.   Multi HDMI cords;

   h.   Several extension cords;

   i.   Backpack of miscellaneous/backup cables and adapters;

   j.   Folding table.

   k.   Document camera

   l.   Projector

- 2 -

    m.   3 tier Tuffy cart

**SO ORDERED**.


Date: June 29, 2026                      <u>s/F. Kay Behm</u>
                                                     F. Kay Behm
                                                     United States District Judge