UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN FAY and JANICE FAY,

          Plaintiffs,          Case No. 2:19-cv-10902

vs                          Honorable F. Kay Behm
                            Magistrate Judge Elizabeth A. Stafford

WARREN HOSPITALITY SUITES, INC.,
 a Michigan Corporation,

          Defendant.

---

| | |
|---|---|
| McKeen & Associates PC | SECREST WARDLE |
| BRIAN J. McKEEN (P34123) | JOHN L. WESTON (P55042) |
| TODD C. SCHROEDER (P81607) | Attorneys for Defendant Warren |
| Attorneys for Plaintiff Janice Fay | Hospitality Suites, Inc. |
| 2000 Town Center, Suite 1200 | 2600 Troy Center Drive |
| Southfield, MI 48075 | PO Box 5025 |
| (313) 961-5985 | Troy, MI 48004-5025 |
| bjmckeen@mckeenassociates.com | (248) 851-9500 |
| | jweston@secrestwardle.com |
| | cdalian@secrestwardle.com |
| The Liblang Law Firm PC | |
| Dani K. Liblang (P33713) | |
| Attorney for Plaintiff John Fay | Potter, DeAgostino & Clark |
| 346 Park Street, Suite 200 | Steven M. Potter (P33344) |
| Birmingham, MI 48009 | Robert C. Clark (P76359) |
| (248) 540-9270 | Trevor S. Potter (P84253) |
| danil@liblanglaw.com | Layla R. Sizemore (P85502) |
| | Attorneys for Defendant Warren |
| | 2701 Cambridge Court, Suite 223 |
| | Auburn Hills, MI 48326 |
| | (248) 377-1707 |
| | spotter@potterlaw.com |
| | rclark@potterlaw.com |

---

## STIPULATED ORDER DISMISSING PLAINTIFF JOHN FAY, ONLY

1

Plaintiff John Fay and Defendant, having reached a settlement resolving all claims asserted by Plaintiff John Fay against Defendant, and the parties having stipulated to the dismissal of Plaintiff John Fay from this action;

IT IS HEREBY ORDERED that Plaintiff John Fay's Complaint against Defendant is DISMISSED with prejudice.

**IT IS SO ORDERED**.

Date: June 29, 2026                              s/F. Kay Behm
                                                F. Kay Behm
                                                United States District Judge


I stipulate to the entry of the order above:


/s/  *Robert C. Clark*                          /s/ *Steven M. Potter*
ROBERT C. CLARK (P76359)                        STEVEN M. POTTER (P33344)
Attorney for Defendant Warren                   Attorney for Defendant Warren Hospitality
Hospitality


/s/  *Dani K. Liblang (w/*
*consent)*
DANI K. LIBLANG (P33713)
Attorney for Plaintiff John Fay


/s/ *John L. Weston (w/ consent)*
JOHN L. WESTON  (P55042)
Attorney for Defendant Warren
Hospitality

2