UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANICE FAY,

Plaintiffs,

vs

WARREN HOSPITALITY SUITES, INC.,
a Michigan Corporation,

Defendant.

Case No. 4:19-cv-10902
Honorable F. Kay Behm
Magistrate Judge Elizabeth A. Stafford

McKeen & Associates PC
BRIAN J. McKEEN (P34123)
TODD C. SCHROEDER (P81607)
Attorneys for Plaintiff Janice Fay
2000 Town Center, Suite 1200
Southfield, MI 48075
(313) 961-5985
bjmckeen@mckeenassociates.com

SECREST WARDLE
JOHN L. WESTON (P55042)
Attorneys for Defendant
Warren Hospitality
Suites, Inc.
2600 Troy
Center Drive
PO Box 5025
Troy, MI 48004-5025
(248) 851-9500
jweston@secrestwardle.com
cdalian@secrestwardle.com

Potter, DeAgostino & Clark
Steven M. Potter (P33344)
Robert C. Clark (P76359)
Layla R. Sizemore (P85502)
Attorneys for Defendant Warren
2701 Cambridge Court, Suite 223
Auburn Hills, MI 48326
(248) 377-1707
spotter@potterlaw.com
rclark@potterlaw.com

**ORDER OF DISMISSAL**

THIS MATTER having come before this Honorable Court upon stipulation of the parties, through their respective counsel, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that all claims shall be and are hereby dismissed with prejudice.

It is further **ORDERED** that juror expenses are assessed against Warren Hospitality Suites. *See* E.D. Mich. L.R. 38.2. On or before **October 2, 2026**, Warren Hospitality Suites shall pay to the Clerk of the Court juror costs in the amount of $6,484.10.

IT IS SO ORDERED.

Date: September 9, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge